**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 101 WAL 2016
                                      :
          Respondent           :
                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court
          v.                      :
                                        :
                                        :
RICHARD A. MOTT,                 :
                                        :
          Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.